# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

November 26, 2019

**VIA CM/ECF**
Honorable George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 11A
New York, NY 10007-1312

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC # _____ DATE FILED: DEC 0 2 2019]

[Handwritten order: SO ORDERED. The initial conference is adjourned from December 4, 2019 to January 22, 2020 at 9:30. /s/ Hon. George B. Daniels]

    Re: Velasquez v. Rex Pipe Shop Inc., et al.
      Case 1:19-cv-06901-GBD

Dear Judge Daniels:

  The undersigned represents the Plaintiff in the above-captioned case matter.

  This is an action pursuant to the ADA, as well as similar state and local statutes. The Initial Pretrial Conference in this matter is currently scheduled for December 4, 2019 at 9:30 a.m. in Your Honor's Courtroom. To date, none of the Defendants have yet formally appeared and/or answered in this matter, having been properly served [D.E. 8 & D.E. 9]. As such, in order to afford additional time for the Defendants to formally appear and engage in productive subsequent settlement discussions, the undersigned hereby respectfully requests a 30-day adjournment of next week's Conference to a date in late December or early January, or any other date most convenient to this Honorable Court.

  Thank you for your consideration of this first adjournment request.

            Sincerely,

            By: /S/ B. Bradley Weitz
              B. Bradley Weitz, Esq. (BW9365)
              THE WEITZ LAW FIRM, P.A.
              Attorney for Plaintiff
              Bank of America Building
              18305 Biscayne Blvd., Suite 214
              Aventura, Florida 33160
              Telephone: (305) 949-7777
              Facsimile: (305) 704-3877
              Email: bbw@weitzfirm.com