UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

RICARDO VELASQUEZ,

                        Plaintiff,

    -against-

REX PIPE SHOP INC., *a New York corporation a/k/a Barclay Rex Pipe Shop, Inc. d/b/a Barclay Rex Pipe Shop*, and LONGFORD REALTY, INC., *a New York corporation*,

                       Defendants.

------------------------------------x



ORDER

19 Civ. 6901 (GBD)

GEORGE B. DANIELS, United States District Judge:

Defendants' deadline to respond to Plaintiff's complaint is extended to January 17, 2020.

Dated: New York, New York
       December 13, 2019

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge