# THE WEITZ LAW FIRM, P.A.



Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

January 16, 2020

**VIA CM/ECF**
Honorable George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 11A
New York, NY 10007-1312

**SO ORDERED**
The initial conference is adjourned from January 22, 2020 to February 19, 2020 at 9:30 a.m.

*[signature]*
HON. GEORGE B. DANIELS

      **Re:**    **Velasquez v. Rex Pipe Shop Inc., et al.**
            **Case 1:19-cv-06901-GBD**

Dear Judge Daniels:

    The undersigned represents the Plaintiff in the above-captioned case matter.

    This is an action pursuant to the ADA, as well as similar state and local statutes. The Initial Pretrial Conference in this matter is currently scheduled for January 22, 2019 at 9:30 a.m. in Your Honor's Courtroom. To date, none of the Defendants have yet formally appeared and/or answered in this matter, having been properly served [D.E. 8 & D.E. 9]. Yet, the undersigned received a call from someone advising us that the Tenant Defendant owner was in the hospital and that he was aware of the lawsuit. As such, in order to afford additional time for the Defendants to formally appear and engage in productive subsequent settlement discussions, the undersigned hereby respectfully requests a 30-day adjournment of next week's Conference to a date in mid-February, or any other date most convenient to this Honorable Court. Further, undersigned counsel, has undertaken additional effort, including sending a follow-up Federal Express correspondence to other Defendant, in order to encourage them to promptly appear in this matter

    Thank you for your consideration of this second adjournment request.

                                 Sincerely,

                                 By: /S/ B. Bradley Weitz
                                    B. Bradley Weitz, Esq. (BW9365)
                                    THE WEITZ LAW FIRM, P.A.
                                    Attorney for Plaintiff
                                    Bank of America Building
                                    18305 Biscayne Blvd., Suite 214
                                    Aventura, Florida 33160
                                    Telephone: (305) 949-7777
                                    Facsimile: (305) 704-3877
                                    Email: bbw@weitzfirm.com