# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

February 1, 2020

**VIA CM/ECF**
Honorable George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 11A
New York, NY 10007-1312

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:
> DATE FILED: FEB 0 5 2020

FEB 0 5 2020

SO ORDERED

The initial conference is adjourned from February 19, 2020 to March 4, 2020 at 9:30 a.m.

/s/ George B. Daniels

   Re: Velasquez v. Rex Pipe Shop Inc., et al.
     Case 1:19-cv-06901-GBD

Dear Judge Daniels:

The undersigned represents the Plaintiff in the above-captioned case matter.

The Initial Pretrial Conference in this matter is currently scheduled for February 19, 2020, at 9:30 a.m., in Your Honor's Courtroom. However, Plaintiff's counsel has an important family event, namely, an important school religious event for his child which requires attendance and being in Florida on that day. Also, though there has been contact to Plaintiff's counsel's firm by counsel for defendant, Longford Realty Inc., there is no formal appearance as yet. The undersigned relays he is still awaiting an appearance by defendant Rex Pipe Shop Inc.

Therefore, it is hereby respectfully requested that said Conference be adjourned to a date in February or March, or any other date most convenient to the Court.

This is the undersigned counsel's third request for adjournment, to which opposing counsel has consented. Thank you for your consideration of this adjournment request.

      Sincerely,

      By: /S/ B. Bradley Weitz
       B. Bradley Weitz, Esq. (BW 9365)
       THE WEITZ LAW FIRM, P.A.
       Attorney for Plaintiff
       Bank of America Building
       18305 Biscayne Blvd., Suite 214
       Aventura, Florida 33160
       Telephone: (305) 949-7777
       Facsimile: (305) 704-3877
       Email: bbw@weitzfirm.com