UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

RICARDO VELASQUEZ,

                      Plaintiff,

    -against-

REX PIPE SHOP INC., *a New York corporation a/k/a*
*Barclay Rex Pipe Shop, Inc. d/b/a Barclay Rex Pipe Shop*, and LONGFORD REALTY, INC., *a New York corporation*,

                      Defendants.

------------------------------------x

ORDER

19 Civ. 6901 (GBD)

GEORGE B. DANIELS, United States District Judge:

Upon Defendant Rex Pipe Shop Inc.'s request, the initial conference is adjourned from March 4, 2020 to April 8, 2020 at 9:30 am.

Dated: New York, New York
       February 27, 2020

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
United States District Judge