**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------x

RICARDO VELASQUEZ,                                          :
                                                            :
                          Plaintiff,                        :
                                                            :          ORDER
              -against-                                     :
                                                            :     19 Civ. 6901 (GBD)
REX PIPE SHOP INC. et al.,                                  :
                                                            :
                          Defendants.                       :

------------------------------------------x

GEORGE B. DANIELS, United States District Judge:

The April 15, 2020 conference is canceled.


Dated: New York, New York                         SO ORDERED.
       March 24, 2020

                                                  _George B. Daniel_
                                                  GEORGE B. DANIELS
                                                  UNITED STATES DISTRICT JUDGE