**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

RICARDO VELASQUEZ,                          :

                      Plaintiff,          :

                            :

       -against-          :          <u>ORDER</u>

                            :          19 Civ. 6901 (GBD)

LONGFORD REALTY, INC.,                      :

                            :

              Defendant.          :

                            :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GEORGE B. DANIELS, United States District Judge:

This Court having been advised that Plaintiff and Defendant Longford Realty, Inc. have settled this matter, the Clerk of Court is hereby ORDERED to close the action against that defendant, without prejudice to restoring the action to this Court's docket if an application to restore is made within thirty (30) days.

The conferences scheduled for May 27, 2020 at 9:30 am and August 12, 2020 at 9:45 am are canceled.

Dated: April 27, 2020
      New York, New York

                                    SO ORDERED.

                                      GEORGE B. DANIELS
                                      United States District Judge